UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 21 CR 013 (VAB) |
| v. | VIOLATION:<br>26 U.S.C. § 7206(2) |
| KENNETH W. SWEENEY | (False Tax Return) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(False Tax Return)

1. During all times relevant to this Information, the defendant KENNETH W. SWEENEY, a resident of Vernon, Connecticut, owned and operated a construction business known as K&S Construction LLC.

2. As relating to the 2013 through 2016 tax years, SWEENEY typically visited a return preparer prior to the yearly IRS tax filing deadline for the preparation of his personal income tax return. At those meetings, SWEENEY would not provide documents reflecting the gross receipts or expenses for his business. Instead he would orally provide figures of income and expenses that he knew materially underreported the gross receipts of his business and his income. As a result, the Schedule C created by the preparer to be filed with SWEENEY's yearly personal income tax return, Form 1040, and the tax return itself were materially false and underreported the gross receipts and income and the taxes due and owing. SWEENEY then authorized the preparer to file the relevant tax returns with the IRS.

The Charged False Return

3. By way of example, on or about March 23, 2015, in the District of Connecticut, SWEENEY did willfully aid and assist in and procure, counsel and advise the preparation and

presentation to the Internal Revenue Service of an electronically filed U.S. Individual Tax Return (Form 1040 and related attached forms) for the calendar year 2014. The relevant tax return, which was subsequently filed with the IRS, was false and fraudulent as to a material matter, which SWEENEY then and there knew, in that the tax return materially falsified and underrepresented the gross receipts and income and the taxes due and owing.

All in violation of Title 26, United States Code, Section 7206(2).

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY

*/s/ Susan L. Wines*

SUSAN L. WINES
ASSISTANT UNITED STATES ATTORNEY